IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

IN RE: SHELL EGGS ANTITRUST LITIGATION

ORDER

Member cases:

| 25-cv-946-jdp, | 25-cv-1016-jdp, | 26-cv-102-jdp, | 26-md-3175-jdp |
|---|---|---|---|
| 26-cv-138-jdp, | 26-cv-139-jdp, | 26-cv-140-jdp, | |
| 26-cv-155-jdp, | 26-cv-156-jdp, | 26-cv-157-jdp, | |
| 26-cv-158-jdp, | 26-cv-169-jdp, | 26-cv-177-jdp, | |
| 26-cv-178-jdp | | | |

---

These cases were filed in this court or transferred here under 28 U.S.C. § 1407 by the Judicial Panel on Multidistrict Litigation for coordinated or consolidated pretrial proceedings. Case no. 25-cv-1016-jdp was not included in the transfer order, but it did not have to be because it was filed directly in this court. *See* J.P.M.L R. 7.2(a). Plaintiffs in each case, including Case no. 25-cv-1016-jdp, allege that defendants conspired to fix the prices of eggs. The clerk of court is directed to add Case no. 25 cv-1016-jdp as a member case because it includes common questions of fact with the other cases.

The next step is to hold an initial judicial management conference under Federal Rule of Civil Procedure 16.1. The parties may have until April 27, 2026, to confer and submit a joint report that addresses each of the matters listed in the rule and any other matters the parties wish to bring to the court's attention. Any areas of disagreement should be identified in the report. In addition, the parties should provide any information they have on the status of any related investigations by the U.S. Department of Justice and other government bodies and on whether, and, if so, how those investigations may affect the proceedings in this court.

The court will hold the conference in person on Friday, May 8, at 10 am in Courtroom 250.

To minimize costs and facilitate a manageable conference, counsel for all parties are not required to attend the conference in person, and counsel with similar interests should agree to the extent practicable on a single attorney to act on their joint behalf at the conference. A party that designates an attorney to represent its interests at the conference will not be precluded from other representation during the litigation, and attendance at the conference will not waive objections to jurisdiction, venue, or service. Individual parties and corporate representatives need not attend the conference in person or otherwise.

Counsel who do not wish to attend the conference in person may listen by phone. The clerk's office will send out a notice with instructions on how to do that. Any lawyer who seeks a leadership position in the case and other lawyers who wish to speak during the hearing should be present in the courtroom.

All filings by the parties in the MDL should bear the case name "In re Shell Eggs Antitrust Litigation" and include the case number 26-mdl-3175-jdp. If a filing applies to all cases, it should state that in the caption. If the filing applies only to an individual case or cases, the docket numbers of the cases to which they apply should be identified in the caption.

If counsel for any of the parties is in communication with any served parties who have not yet made an appearance, counsel are encouraged to forward this order to those parties so that they may make an appearance and participate in the conference.

Entered March 26, 2026.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge

2