**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **In re Shell Eggs Antitrust Litigation** | **MDL Case No. 26-md-3175-jdp** <br><br> **Applies to:** <br><br> **Case No. 26-cv-400-jdp** <br> **Case No. 26-cv-417-jdp** |

## DEFENDANTS' STATEMENT REGARDING THE CONSOLIDATION OF CASES

On May 1 and May 5, 2026, this Court issued orders requesting Plaintiffs in *Cheesecake Funk LLC v. Cal-Maine Foods, Inc., et al.*, No. 3:26-cv-00400-JDP ("*Cheesecake Funk*"), and *Philly Phlava Original Steaks and Hoagies, Inc. v. Cal-Maine Foods, Inc. et al*, No. 3:26-cv-00417-JDP ("*Philly Phlava*"), respectively, to show cause for why their complaints should not be dismissed as duplicative or stayed pending the resolution of *In re Shell Eggs Antitrust Litigation* ("*Shell Eggs*"), and permitting the current parties in *Shell Eggs* respond regarding the same.  ECF Nos. 84, 89. The Defendants in *Shell Eggs* respectfully submit that *Cheesecake Funk* and *Philly Phlava* should be consolidated in the *Shell Eggs* action.

In their Rule 16.1 report, the current parties proposed that, to eliminate delays associated with the transfer of cases filed in or removed from other federal district courts to this Court, any plaintiff whose action would be subject to transfer to this Court as a tag-along action to the MDL may file directly in this MDL before this Court, without the necessity of first filing in another federal district court and awaiting transfer.[1]  ECF No. 74.  Thus, the parties proposed that when an

---

[1] Consistent with that filing, Defendants note that consolidation should not constitute a determination that jurisdiction or venue is proper in this Court, and reserve all rights to challenge personal jurisdiction or the appropriate venue after the conclusion of pretrial proceedings in this Court, or at any other appropriate time, and further reserve all rights to raise any specific defense or objections, including jurisdictional defenses, affirmative

action involving one or more common questions of fact with this action is hereafter filed in this Court, it shall be consolidated with this case.

As the Court has noted, the claims in *Cheesecake Funk* and *Philly Phlava* are "similar if not identical" to the claims in the cases which have already been consolidated in *Shell Eggs*. ECF Nos. 84, 89. These cases involve common questions of fact regarding Defendants' alleged conduct, communications, and pricing practices in the shell egg industry. When there is a "clear overlap in factual allegations" consolidation promotes "just and efficient conduct [in the] action and the litigation taken as a whole" as it would be "a waste of judicial resources" to have another judge learn the particulars of an existing MDL. *In re Uber Technologies, Inc., Passenger Sexual Assault Litigation*, MDL No. 3084, ECF 213 at 2. Recently in this MDL, the Judicial Panel on Multidistrict Litigation issued a conditional transfer order for two similar cases originally filed in the Central District of California on the grounds that those actions "involve questions of fact that are common to the actions" in *Shell Eggs*. *See* MDL 3175, ECF No. 88. Nothing counsels a different result here; these newly filed cases should be treated as direct filings in this MDL and be consolidated accordingly.

DATED:  May 6, 2026                                  Respectfully submitted,

*s/ Daniel E. Laytin, P.C.*                          *s/ Christopher E. Ondeck*
Daniel E. Laytin, P.C. (*pro hac vice*)              Christopher E. Ondeck (*pro hac vice*)
Christa C. Cottrell, P.C. (*pro hac vice*)           Stephen R. Chuk (*pro hac vice*)
Elisabeth C. Logan (*pro hac vice*)                  Jared M. DuBosar (*pro hac vice*)
**KIRKLAND & ELLIS LLP**                             Jaclyn I. Phillips (*pro hac vice*)
333 W. Wolf Point Plaza                              **PROSKAUER ROSE LLP**
Chicago, IL 60654                                    1001 Pennsylvania Ave., N.W.,
Tel.: 312-862-2000                                   Suite 600 South
daniel.laytin@kirkland.com                           Washington, DC 20004

---

defenses, or any other statutory or common law defenses that may be available to Defendants in this or any other action.

christa.cottrell@kirkland.com
elisabeth.logan@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
4550 Travis Street
Dallas, TX 75205
Tel.: 214-972-1770
olivia.adendorff@kirkland.com

Ryan J. Walsh
Amy C. Miller
**EIMER STAHL LLP**
2 E. Mifflin Street, Ste. 703
Madison, WI 53703
Tel.: 608-620-8345
rwalsh@eimerstahl.com
amiller@eimerstahl.com

*Attorneys for Defendant Cal-Maine Foods, Inc.*

s/ *Ausra Ona Deluard*
Ausra Ona Deluard
**AURIAN P.C.**
1 Sansome St., Ste. 1400
San Francisco, CA 94104
Tel.: 415-891-0940
ausra@aurianlaw.com

*Attorneys for Defendants Hillandale Farms of Pa., Inc., Hillandale-Gettysburg, LLC, Hillandale Farms, Inc., Hillandale Farms East, Inc., and Hillandale Farms Corporation*

Tel.: 202-416-6800
condeck@proskauer.com
schuk@proskauer.com
jdubosar@proskauer.com
jphillips@proskauer.com

Rucha A. Desai (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel.: 212-969-3000
rdesai@proskauer.com

David P. Hollander
Laura E. Callan
**STAFFORD ROSENBAUM LLP**
222 W. Washington Ave., Ste. 900
Madison, WI 53701
Tel.: 608-256-0226
dhollander@staffordlaw.com
lcallan@staffordlaw.com

*Attorneys for Defendants Daybreak Foods, Inc., Egg Clearinghouse, Inc., and United Egg Producers*

s/ *James A. King*
James A. King (*pro hac vice*)
**PORTER, WRIGHT, MORRIS & ARTHUR LLP**
41 South High Street, Suite 2900
Columbus, OH 43215
Tel.: 614-227-2051
jking@porterwright.com

Jay L. Levine (*pro hac vice*)
**PORTER, WRIGHT, MORRIS & ARTHUR LLP**
2020 K Street, N.W., Suite 600
Washington, DC 20006
Tel.: 202-778-3021
jlevine@porterwright.com

Kendall W. Harrison
**GODFREY & KAHN, S.C.**

3

One East Main Street, Ste. 500
Madison, WI 53703
Tel.: 608-257-3911
kharrison@gklaw.com

*Attorneys for Defendant Rose Acre Farms, Inc.*

*s/ Staci Yablon*
Staci Yablon (*pro hac vice*)
Eyitayo St. Matthew-Daniel (*pro hac vice*)
Katherine Forrest (*pro hac vice*)
Natalie Marie Pita (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: 212-373-3000
syablon@paulweiss.com
tstmatthewdaniel@paulweiss.com
kforrest@paulweiss.com
npita@paulweiss.com

Matthew J. Splitek
**QUARLES & BRADY LLP**
33 East Main Street, Ste. 900
Madison, WI 53703
Tel.: 608-251-5000
matthew.splitek@quarles.com

*Attorneys for Defendant Urner Barry Publications,
Inc.*

*s/ Robin P. Sumner*
Robin P. Sumner (*pro hac vice*)
Patrick DeSabato (*pro hac vice*)
Kaitlin Meola (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
3000 Two Logan Square, 18th & Arch Streets
Philadelphia, PA 19103
Tel.: 215-981-4000
robin.sumner@troutman.com
patrick.desabato@troutman.com
kaitlin.meola@troutman.com

Kendall W. Harrison
**GODFREY & KAHN, S.C.**
One East Main Street, Ste. 500
Madison, WI 53703
Tel.: 608-257-3911
kharrison@gklaw.com

*Attorneys for Defendant Versova Holdings, LLC*

4