**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **IN RE SHELL EGGS ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br>ALL ACTIONS | Case No. 3:26-mdl-03175-jdp<br>MDL No. 3175<br><br>Chief Judge James D. Peterson |

**DIRECT PURCHASER PLAINTIFFS'**
**SUBMISSION REGARDING STEERING COMMITTEE MEMBERS**

Pursuant to this Court's June 8, 2026 Order ("Order"), ECF No. 154, Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs ("DPP Co-Lead Counsel") have conferred with the other attorneys that applied for leadership roles on behalf of Direct Purchaser Plaintiffs.

Based on those conferrals, DPP Co-Lead Counsel now recommends that the Court appoint the following attorneys to the Direct Purchaser Plaintiffs' Steering Committee ("DPPSC"): Robert J. Gralewski, Jr. from Kirby McInerney LLP; Joseph C. Bourne from Lockridge Grindal Nauen PLLP; and Robert J. Bonsignore from Bonsignore Trial Lawyers. These appointments are in addition to the Court's June 8 appointment of Amanda Williams to the DPPSC. These proposed additions to the DPPSC bring a great deal of additional experience to the Direct Purchaser Plaintiffs' legal team. DPP Co-Lead Counsel incorporates by reference the applications outlining the qualifications of Robert J. Gralewski, Jr. (ECF No. 140), Joseph C. Bourne (ECF No. 140), and Robert J. Bonsignore (ECF No. 144).

1

DATED:  June 15, 2026                Respectfully submitted,

/s/ *Christopher M. Burke*
Christopher M. Burke (WI No. 1022722)
Amelia Burroughs
Yifan (Kate) Lv
Robin Stemen
**BURKE LLP**
402 West Broadway, Suite 1890
San Diego, CA 92101
Phone: (619) 369-8244
cburke@burke.law
aburroughs@burke.law
klv@burke.law
rstemen@burke.law

Vincent Briganti
Raymond P. Girnys
Peter A. Barile III
Peter Demato
Nicole A. Veno
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Phone: (914) 997-0500
vbriganti@lowey.com
rgirnys@lowey.com
pbarile@lowey.com
pdemato@lowey.com
nveno@lowey.com

*Interim Co-Lead Counsel for the*
*Direct Purchaser Plaintiffs*