**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| In re Shell Eggs Antitrust Litigation<br><br>This Document Relates to:<br><br>All Actions | Case No. 3:26-md-03175-jdp<br>MDL No. 3175<br><br>Chief Judge James D. Peterson<br>Magistrate Judge Anita M. Boor |

**<u>DECLARATION OF BRIAN J. DUNNE</u>**

I, Brian J. Dunne, declare:

1. I am the court-appointed Coordinating Counsel and Liaison Counsel for the Consumer Indirect Plaintiffs in this litigation. I make this Declaration upon personal knowledge of the proceedings and documents described herein and in support of Plaintiffs' Motion to Seal Consolidated Class Action Complaints ("CCAC"). For efficiency, this Declaration relates to all three CCACs for filing on the date of this Declaration, and supports a motion on behalf of all three classes: Direct Purchaser Plaintiffs, Commercial Indirect Purchaser Plaintiffs, and Consumer Indirect Purchaser Plaintiffs. The CCACs, likewise for efficiency, each contain identical redactions, reflecting identically protected information in exactly matching allegations. When the Court considers the proposed sealing and redactions for one CCAC, it has considered them all.

2. On June 25, Plaintiffs reached a settlement in principle, memorialized in an executed Memorandum of Understanding ("MOU"), with Defendant Urner Barry Publications, Inc. d/b/a Expana ("Urner Barry" or "Expana"), one of the many defendants in these actions.

3. The MOU required Urner Barry among other things to produce: (1) a Bates-stamped production made to the DOJ pursuant to legal process; (2) deposition testimony taken by

the DOJ; and (3) years of structured data that bears on the Urner Barry price publications at issue in this litigation. A production consisting of over 37.4 GB of material, was made on June 26.

4.      The MOU contemplates a protective order.  However, because no protective order has yet been entered, Plaintiffs and Defendant Urner Barry agreed that Urner Barry's production of documents, data and other materials would be kept confidential temporarily until a protective order is entered and Urner Barry can re-evaluate the confidentiality designation in light of the protective order.

5.      To ensure that Defendants have access to the confidential material, Urner Barry has agreed that the confidential material can be shared with Defendants on an AEO basis only. We understand that Urner Barry intends to implement a more narrow set of redactions to the CCACs to be shared with Defendants by August 14, 2026.

6.      The CCACs explain the methodology of Urner Barry's benchmarking in granular detail, and use detailed materials from Urner Barry's production to explain the role and conduct of egg-producing defendants. Urner Barry has represented that its methodology is competitively sensitive, so that revelation of detailed accounts of how the information is collected and the benchmark is constructed (as is contained in and necessary to the allegations in the CCACs) would have serious negative consequences for Urner Barry's business. Plaintiffs are not in a position to more deeply evaluate the competitive sensitivity of the information, but agreed to the protective provision of the MOU and to the temporary AEO designation, and Plaintiffs now are bound to protect it. Plaintiffs respectfully refer the Court to Urner Barry's Motion to Seal for the factual information underpinning the protection of the designated information.

7.      Contemporaneous with this Motion, Plaintiffs have also filed partially sealed CCACs that redact the information Plaintiffs are bound by the MOU to treat as confidential.

Plaintiffs have coordinated the factual allegations so that those sourced solely from confidential information appear only in the portions of each CCAC that are identical, and that only those portions of the CCAC that are solely sourced from confidential materials have been redacted. While only Urner Barry can supply further factual information as to the need to protect the designated information, Plaintiffs have ensured that sealing has been sought only as to the minimum set of information that Plaintiff are bound by the MOU to protect. Plaintiffs respectfully refer the Court to Urner Barry's Motion to Seal for the facts underpinning the protection of the designated information.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 31, 2026, in Austin, Texas.

_____
Brian J. Dunne

  /s/ Bobby Pouya
Bobby Pouya (*pro hac vice*)
Daniel L. Warshaw (*pro hac vice*)
Naveed Abaie (*pro hac vice*)
Adrian J. Buonanoce (*pro hac vice*)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Tel. (818) 788-8300
bpouya@pwfirm.com
dwarshaw@pwfirm.com
nabaie@pwfirm.com
abuonanoce@pwfirm.com

Neil Swartzberg (*pro hac vice*)
555 Montgomery St., Suite 1205
San Francisco, CA 94111
**PEARSON WARSHAW, LLP**
Tel. (415) 433-9000
nswartzberg@pwfirm.com

Brian S. Pafundi (*pro hac vice*)
**PEARSON WARSHAW, LLP**
328 Barry Ave. South, Suite 200
Wayzata, MN 55391
Tel. (612) 389-0600
bpafundi@pwfirm.com

  /s/ Thomas H. Burt
Thomas H. Burt
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
burt@whafh.com

Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

Betsy C. Manifold
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Tel: (619) 239-4599
Fax: (619) 234-4599
*manifold@whafh.com*

*Co-Lead Counsel for Indirect Consumer Purchasers*

  /s/ Brian J. Dunne
Brian J. Dunne
Edward M. Grauman
Kaki J. Johnson
**BATHAEE DUNNE LLP**
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel. (213) 462-4772
bdunne@bathaeedunne.com
egrauman@bathaeedunne.com
kjohnson@bathaeedunne.com

Yavar Bathaee
Andrew Wolinsky
**BATHAEE DUNNE LLP**
445 Park Ave, 9th Floor
New York, NY 10022
Phone: 332-208-7337
yavar@bathaeedunne.com
awolinsky@bathaeedunne.com

*Coordinating and Liaison Counsel for Indirect Consumer Purchasers*

4

Jesse J. Bair
Nathan M. Kuenzi
**BURNS BAIR LLP**
610 E. Doty Street, Suite 600
Madison, WI 53703
(608) 286-2302
jbair@burnsbair.com
nkuenzi@burnsbair.com

*Local Counsel for Indirect Consumer
Purchasers*

Robert J. Wozniak (*pro hac vice*)
Douglas A. Millen (*pro hac vice*)
**JUSTICE JAGHER LONDON
& MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Tel: (224) 632-4500
Fax: (224) 632-4521
Email: rwozniak@jjlmlaw.com
Email: dmillen@jjlmlaw.com

Kimberly A. Justice (*pro hac vice*)
**JUSTICE JAGHER LONDON
& MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Tel: (484) 243-6335
Fax: (224) 632-4521
Email: kjustice@jjlmlaw.com

Rex A. Sharp
Hammons P. Hepner (*pro hac vice*)
Isaac L. Diel
Sarah T. Bradshaw
Hans D. Hodes
**SHARP LAW, LLP**
4820 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 261-7564 Fax
rsharp@midwest-law.com
hhepner@midwest-law.com
idiel@midwest-law.com
sbradshaw@midwest-law.com
hhodes@midwest-law.com

Blake Hunter Yagman
YAGMAN PLLC
1050 30th St. N.W.
Washington, D.C. 20007
Tel.: (929) 709-1493
Email: blake.yagman@yagmanpllc.com

*Steering Committee for Indirect Consumer
Purchasers*

5

/s/ David M. Cialkowski
David M. Cialkowski
Ian F. McFarland
Zachary J. Freese
Giselle M. Webber
**ZIMMERMAN REED LLP**
1100 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Tel: (612) 341-0400
david.cialkowski@zimmreed.com
ian.mcfarland@zimmreed.com
zachary.freese@zimmreed.com
giselle.webber@zimmreed.com

*Lead Counsel and Coordinating Counsel for the Commercial Indirect Purchaser Plaintiffs*

/s/ Michael J. Flannery
Michael J. Flannery
(admitted *pro hac vice*)
**CUNEO GILBERT FLANNERY & LADUCA, LLP**
Two City Place Drive
Second Floor
St. Louis, MO 63141
Tel: (314) 226-1015
mflannery@cuneolaw.com

Evelyn Riley (*pro hac vice*)
Daniel Cohen
Cody McCracken (*pro hac vice*)
**CUNEO GILBERT FLANNERY & LADUCA, LLP**
2445 M St. NW
Suite 740
Washington, DC 20037
Telephone: (202) 789-3960
Fax: (202) 789-1813
evelyn@cuneolaw.com
danielc@cuneolaw.com
cmccracken@cuneolaw.com

*Lead Counsel and Liaison Counsel for the Commercial Indirect Purchaser Plaintiffs*

Shawn M. Raiter
Matthew B. Bolt
**LARSON · KING, LLP**
2800 Wells Fargo Place
30 East 7th St.
Saint Paul, MN 55101
Telephone: (651) 312-6500
sraiter@larsonking.com
mbolt@larsonking.com

John "Don" Barrett (*pro hac vice* forthcoming)
Katherine Barrett Riley (*pro hac vice* forthcoming)
Sterling Aldridge (admitted *pro hac vice*)

Laura K. Mummert
Steven J. Greenfogel (pro hac vice forthcoming)
**LITE DEPALMA GREENBERG & AFANADOR, LLC**
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(267) 314-7980
lmummert@litedepalma.com
sgreenfogel@litedepalma.com

Joseph J. DePalma (pro hac vice forthcoming)
**LITE DEPALMA GREENBERG & AFANADOR, LLC**
570 Broad Street, Suite 1201
Newark, NJ 07102

**BARRETT LAW GROUP, P.A.**
404 Court Square
Lexington, MS 39095
Tel: (662) 834-2488
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

Garrett D. Blanchfield (admitted *pro hac vice*)
Brant D. Penney (*pro hac vice* forthcoming)
Roberta A. Yard (*pro hac vice* forthcoming)
**REINHARDT WENDORF & BLANCHFIELD**
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Tel: (651) 287-2100
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com
r.yard@rwblawfirm.com

(973) 623-3000
jdepalma@litedepalma.com

Daniel E. Gustafson (admitted *pro hac vice*)
Daniel C. Hedlund (admitted *pro hac vice*)
Michelle J. Looby (admitted *pro hac vice*)
Joshua J. Rissman (admitted *pro hac vice*)
Abou B. Amara, Jr. (WI Bar #1135419)
Melanie Miller Kapanke (admitted *pro hac vice*)
**GUSTAFSON GLUEK PLLC**
120 So. Sixth St., Ste. 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com

*Steering Committee for the Commercial Indirect Purchaser Plaintiffs*

Timothy M. Hansen
Michael C. Lueder
**HANSEN REYNOLDS LLC**
301 N. Broadway, Suite 400
Milwaukee, Wisconsin 53202
Ph. (414) 455-7676
thansen@hansenreynolds.com
mlueder@hansenreynolds.com

*Local Counsel for the Commercial Indirect Purchaser Plaintiffs*

7

 */s/ Christopher M. Burke*
Christopher M. Burke
John Chisholm
Yifan (Kate) Lv
**BURKE LLP**
402 West Broadway, Suite 1890
San Diego, CA 92101
Telephone: (619) 369-8244
cburke@burke.law
john.chisholm@burke.law
klv@burke.law

  */s/ Vincent Briganti*
Vincent Briganti (*pro hac vice*)
Raymond P. Girnys (*pro hac vice*)
Peter A. Barile III (*pro hac vice*)
Peter Demato (*pro hac vice*)
Nicole A. Veno (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Phone: (914) 997-0500
vbriganti@lowey.com
rgirnys@lowey.com
pbarile@lowey.com
pdemato@lowey.com
nveno@lowey.com

*Direct Purchaser Co-Lead Class Counsel*

*/s/ Steven M. Biskupic*
Steven M. Biskupic
**STEVEN BISKUPIC LAW OFFICE
LLC**
P.O. Box 456
Thiensville, WI 53092
414-828-7233

*Local Counsel and Liaison Counsel for the
Direct Purchaser Plaintiffs*

8

Robert J. Bonsignore
**BONSIGNORE TRIAL LAWYERS**
23 Forest Street
Medford, MA 02155
Phone : (781) 350-0000 rbonsignore@classactions.us

Joseph C. Bourne
**Lockridge Grindal Nauen PLLP**
100 Washington Avenue South, Suite 2200 Minneapolis, MN 55401
Phone: (612) 339-6900
jcbourne@locklaw.com

Robert J. Gralewski, Jr.
**KIRBY McINERNEY LLP**
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Phone: (858) 834-2044
bgralewski@kmllp.com

Amanda M. Williams
**BASSFORD REMELE, P.A.**
100 South Fifth Street, Suite 1500
Minneapolis, MN 55402
Phone: (612) 333-3000
awilliams@bassford.com

*Direct Purchaser Plaintiffs' Steering Committee*

9