**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

IN RE: SHELL EGGS ANTITRUST LITIGATION

Case No. 26-md-3175-jdp
MDL No. 3175

This document relates to:
All Actions

Chief Judge James D. Peterson
Magistrate Judge Anita M. Boor

## DEFENDANTS' MOTION TO EXTEND DEADLINES AND ENLARGE PAGE LIMITS

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants, by and through their undersigned counsel, move the Court for an order: (1) extending by 60 days the current deadlines for the Rule 26(f) report and motion to dismiss briefing, together with a corresponding continuance of the Rule 16 scheduling conference; and (2) modifying the briefing limits applicable to the motions to dismiss to permit a consolidated motion to dismiss of up to 14,500 words and defendant-specific supplemental briefs of up to 1,500 words, with oppositions of the same length, a reply in support of the consolidated motion of 7,250 words, and replies in support of individual motions of 750 words.[1]

This Motion is supported by Defendants' Memorandum of Law in Support of this Motion filed contemporaneously herewith.

The parties met and conferred regarding the requested relief but were unable to reach agreement. Plaintiffs agree that some extension of the current deadlines and some enlargement of the existing briefing limits are warranted, but oppose the relief requested by Defendants.

---

[1] Defendants move for an additional 7-day extension of the deadline for replies in support of motions to dismiss due to the intervening holidays.

WHEREFORE, Defendants respectfully request that the Court: (1) enter an order extending the remaining preliminary deadlines by 60 days and adopting the following schedule:

| Event | New Deadline |
|---|---|
| Rule 26(f) Report | October 20, 2026 |
| Motions to Dismiss | November 10, 2026 |
| Responses to Motions to Dismiss | December 15, 2026 |
| Replies in Support of Motions to Dismiss | January 12, 2027 |
| Rule 16 Conference | December 1, 2026 (or another day convenient to the Court) |

(2) enter an order modifying the word limits applicable to motions to dismiss briefing as set forth above; and (3) grant Defendants any other relief the Court deems just and appropriate.

Dated: August 14, 2026

*s/ Daniel E. Laytin*
Daniel E. Laytin, P.C. (*pro hac vice*)
Christa C. Cottrell, P.C. (*pro hac vice*)
Elisabeth C. Logan (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 W. Wolf Point Plaza
Chicago, IL 60654
Tel.: 312-862-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
elisabeth.logan@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
4550 Travis Street
Dallas, TX 75205
Tel.: 214-972-1770
olivia.adendorff@kirkland.com

Ryan J. Walsh
Amy C. Miller
**EIMER STAHL LLP**
2 E. Mifflin Street, Ste. 703

Respectfully submitted,

*/s/ Christopher E. Ondeck*
Christopher E. Ondeck (*pro hac vice*)
Stephen R. Chuk (*pro hac vice*)
Jared M. DuBosar (*pro hac vice*)
Rucha A. Desai (*pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW, Suite 600 South
Washington, DC 20004
(202) 416-6800
condeck@proskauer.com
schuk@proskauer.com
jdubosar@proskauer.com
rdesai@proskauer.com

*Counsel for Defendants Daybreak Foods, Inc. and Egg Clearinghouse, Inc.*

*/s/ Wendy Arends*

Wendy Arends
State Bar No.: 1090021
HUSCH BLACKWELL LLP

Madison, WI 53703
Tel.: 608-620-8345
rwalsh@eimerstahl.com
amiller@eimerstahl.com

*Attorneys for Defendant Cal-Maine Foods, Inc.*

Kendall W. Harrison
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Tel. 608-257-3911
kharrison@gklaw.com

James A. King (*pro hac vice*)
Eleanor R. Tosti (*pro hac* vice)
Helen M. Fite (*pro hac vice*)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215
Tel. 614-227-2000
jking@porterwright.com
etosti@porterwright.com
hfite@porterwright.com

Jay L. Levine (*pro hac vice*)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
2020 K Street, N.W., Suite 600
Washington, DC 20006
Tel. 202-778-3021
jlevine@porterwright.com

*Counsel for Defendant Rose Acre Farms, Inc.*

*/s/ Michael D. Bonanno*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
Phone: (202) 538-8000
Fax: (202) 538-8100
mikebonanno@quinnemanuel.com

33 East Main Street, Suite 300
Madison, WI 53703
wendy.arends@huschblackwell.com

Phone: (608) 258-7382
Fax: (608) 258-7138

Alicia L. Downey
*Admitted pro hac vice*
DOWNEY LAW LLC
155 Federal Street, Suite 300
Boston, MA 02110
alicia@downeylawllc.com
Phone: (617) 444-9811
Fax: n/a

*Counsel for Defendant Opal Foods LLC*

*/s/ Robin P. Sumner*

Robin P. Sumner (*pro hac vice*)
Michael J. Hartman (*pro hac vice*)
Patrick DeSabato (*pro hac vice*)
Kaitlin Meola (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
3000 Two Logan Square, 18th & Arch Streets
Philadelphia, PA 19103
Tel.: 215-981-4000
robin.sumner@troutman.com
michael.hartman@troutman.com
patrick.desabato@troutman.com
kaitlin.meola@troutman.com

Kendall W. Harrison
**GODFREY & KAHN, S.C.**
One East Main Street, Ste. 500
Madison, WI 53703
Tel.: 608-257-3911
kharrison@gklaw.com

*Attorneys for Defendant Versova Holdings, LLC*

*/s Gwendolyn J. Lindsay Cooley*

Gwendolyn J. Lindsay Cooley
WI State Bar No. 1053856
Lindsay Cooley Law

*Counsel for Hickman's Egg Ranch, Inc.*

*s/ Mario Nguyen*
Patrick F. Linehan
Matthew James Galvin
Mario H. Nguyen
**STEPTOE LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (718) 290-3534
plinehan@steptoe.com
mgalvin@steptoe.com
mnnguyen@steptoe.com

Ausra Ona Deluard
**AURIAN P.C.**
1 Sansome St., Ste. 1400
San Francisco, CA 94104
Tel.: 415-891-0940
ausra@aurianlaw.com

*Attorneys for Defendants Hillandale Farms of Pa., Inc., Hillandale-Gettysburg, LLC, Hillandale Farms, Inc., Hillandale Farms East, Inc., and Hillandale Farms Corporation*

PO Box 105
Mount Horeb, WI 53572
(608) 909-6886
gwendolyn@lindsaycooley.com

*Counsel for Defendant Weaver Eggs*