**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| IN RE: SHELL EGGS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:26-md-03175-jdp<br>MDL No. 3175<br><br>Chief Judge James D. Peterson<br>Magistrate Judge Anita M. Boor |

**PLAINTIFFS' REPORT REGARDING STATUS OF SERVICE ON DEFENDANT SPARBOE FARMS, INC.**

Direct Purchaser Plaintiffs ("Direct"), Commercial Indirect Purchaser Plaintiffs ("Commercial"), and Consumer Indirect Purchaser Plaintiffs ("Consumer") (collectively "Plaintiffs") submit this report regarding their compliance with the Court's order regarding service of their consolidated complaints on Defendant Sparboe Farms, Inc. ("Sparboe") (ECF No. 270). All Plaintiffs have respectively completed service of their consolidated complaints upon Sparboe via service on the Minnesota Secretary of State,[1] and have filed proofs of service ("POS") confirming the completion of service in this action. *See* Dkt. Nos. 268 (Direct); 272 (Commercial); 279 (Consumer). Counsel for Plaintiffs have been contacted by counsel for Sparboe, who has now appeared in the case. *See* Dkt. No. 287.

[1] *See* Minn. Stat. § 5.25, subdiv. 1 and 7 (2025) ("A process, notice, or demand required or permitted by law to be, manager, or general partner can be found at the address on file with the secretary of state, the secretary of state as provided in this section. [¶] If a summons is to be served upon the secretary of state…, the business entity so served has 30 days from the date of mailing served upon an entity… may be served on: (1) the registered agent, if any; (2) if no agent has been appointed then on an officer, manager, or general partner of the entity; or (3) if no agent, officer by the secretary of state in which to answer the complaint.").

Dated: September 15, 2026

Respectfully submitted,

*s/ Bobby Pouya*
Daniel L. Warshaw (*pro hac vice*)
Bobby Pouya (*pro hac vice*)
Adrian Buonanoce (*pro hac vice*)
Naveed Abaie (*pro hac vice*)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Tel. (818) 788-8300
dwarshaw@pwfirm.com
bpouya@pwfirm.com
abuonanoce@pwfirm.com
nabaie@pwfirm.com

Brian S. Pafundi (*pro hac vice*)
**PEARSON WARSHAW, LLP**
328 Barry Ave. South, Suite 200
Wayzata, MN 55391
Tel. (612) 389-0600
bpafundi@pwfirm.com

Neil Swartzberg (Pro Hac Vice)
555 Montgomery St., Suite 1205
San Francisco, CA 94111
PEARSON WARSHAW, LLP
Tel. (415) 433-9000
nswartzberg@pwfirm.com

*s/ Thomas H. Burt*
Thomas H. Burt
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
burt@whafh.com

Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000

*s/ Brian J. Dunne*
Brian J. Dunne
Edward M. Grauman
Kaki J. Johnson
**BATHAEE DUNNE LLP**
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Phone: 512-575-8848
bdunne@bathaeedunne.com
egrauman@bathaeedunne.com
kjohnson@bathaeedunne.com

Yavar Bathaee
Andrew Wolinsky
**BATHAEE DUNNE LLP**
445 Park Ave, 9th Floor
New York, NY 10022
Phone: 332-208-7337
yavar@bathaeedunne.com
awolinsky@bathaeedunne.com

*Consumer Indirect Coordinating and Liaison Counsel*

*s/ Christopher M. Burke*
Christopher M. Burke
John Chisholm
Yifan (Kate) Lv (*pro hac vice*)
**Burke LLP**
402 West Broadway, Suite 1890
San Diego, CA 92101
Telephone: (619) 369-8244
cburke@burke.law
jchisholm@burke.law
klv@burke.law

*s/ Vincent Briganti*
Vincent Briganti (*pro hac vice*)
Raymond P. Girnys (*pro hac vice*)
Peter A. Barile III (*pro hac vice*)
Nicole A. Veno (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100

Fax: (212) 686-0114
malmstrom@whafh.com

Betsy C. Manifold
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Tel: (619) 239-4599
Fax: (619) 234-4599
manifold@whafh.com

*Consumer Indirect Co-Lead Class Counsel*

*s/ David M. Cialkowski*
David M. Cialkowski
Ian F. McFarland
Zachary J. Freese
Giselle M. Webber
**ZIMMERMAN REED LLP**
1100 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Tel: (612) 341-0400
david.cialkowski@zimmreed.com
ian.mcfarland@zimmreed.com
zachary.freese@zimmreed.com
giselle.webber@zimmreed.com

*s/ Michael J. Flannery*
Michael J. Flannery (pro hac vice)
**CUNEO GILBERT FLANNERY & LADUCA, LLP**
Two City Place Drive
Second Floor
St. Louis, MO 63141
Tel: (314) 226-1015
mflannery@cuneolaw.com

Evelyn Riley (pro hac vice)
Cody McCracken (pro hac vice)
**CUNEO GILBERT FLANNERY & LADUCA, LLP**
2445 M St. NW
Suite 740

White Plains, NY 10601
Phone: (914) 997-0500
vbriganti@lowey.com
rgirnys@lowey.com
pbarile@lowey.com
nveno@lowey.com

*Direct Purchaser Co-Lead Class Counsel*

Washington, DC 20037
Telephone: (202) 789-3960
Fax: (202) 789-1813
evelyn@cuneolaw.com
cmccracken@cuneolaw.com

*Commercial Indirect Co-Lead Counsel*