**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| In re Shell Eggs Antitrust Litigation<br>This Document Relates to:<br>ALL ACTIONS | Case No. 3:26-md-3175-jdp<br>MDL No. 3175<br>Chief Judge James D. Peterson |

## CERTAIN DEFENDANTS' MOTION TO DISMISS

Certain Defendants,[1] pursuant to Federal Rule of Civil Procedure 12(b)(6), move to dismiss the Consumer Indirect Purchaser Plaintiffs' Amended Consolidated Class Action Complaint, ECF No. 310, the Commercial Indirect Purchaser Plaintiffs' Amended Consolidated Class Action Complaint, ECF No. 312, and the Direct Purchaser Plaintiffs' Amended Consolidated Class Action Complaint, ECF No. 314, (the "Complaints") filed in the above-captioned matter. The basis for this motion and support thereof is provided in the accompanying memorandum in support, filed concurrently, as well as supplemental briefs on behalf of certain Defendants individually, which will be filed separately.

[1] Certain Defendants includes all Defendants identified in the Direct Purchaser, Commercial Indirect Purchaser, and Consumer Indirect Purchaser Plaintiffs' amended consolidated class action complaints (collectively, the "Complaints"), other than Urner Barry.

DATED: November 10, 2026

*s/ Daniel E. Laytin*
Daniel E. Laytin, P.C. (*pro hac vice*)
Christa C. Cottrell, P.C. (*pro hac vice*)
Taylor Rothman (*pro hac vice*)
Elisabeth C. Logan (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 W. Wolf Point Plaza
Chicago, IL 60654
Tel.: 312-862-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
taylor.rothman@kirkland.com
elisabeth.logan@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
4550 Travis Street
Dallas, TX 75205
Tel.: 214-972-1770
olivia.adendorff@kirkland.com

Ryan J. Walsh
Amy C. Miller
**EIMER STAHL LLP**
2 E. Mifflin Street, Ste. 703
Madison, WI 53703
Tel.: 608-620-8345
rwalsh@eimerstahl.com
amiller@eimerstahl.com

*Attorneys for Defendant Cal-Maine Foods, Inc.*

*s/ James A. King*
James A. King (*pro hac vice*)
Eleanor R. Tosti (*pro hac vice*)
Helen M. Fite (*pro hac vice*)
**PORTER, WRIGHT, MORRIS & ARTHUR LLP**
41 South High Street, Suite 2900
Columbus, OH 43215
Tel. 614-227-2000
jking@porterwright.com
etosti@porterwright.com
hfite@porterwright.com

Respectfully submitted,

*s/ Christopher E. Ondeck*
Christopher E. Ondeck (*pro hac vice*)
Stephen R. Chuk (*pro hac vice*)
Jaclyn Phillips (*pro hac vice*)
Jared M. DuBosar (*pro hac vice*)
Rucha A. Desai (*pro hac vice*)
**PROSKAUER ROSE LLP**
1001 Pennsylvania Avenue NW, Suite 600 South
Washington, DC 20004
(202) 416-6800
condeck@proskauer.com
schuk@proskauer.com
jphillips@proskauer.com
jdubosar@proskauer.com
rdesai@proskauer.com

*Counsel for Defendants Daybreak Foods, Inc. Egg Clearinghouse, Inc. and ProEgg, Inc.*

*s/ Wendy Arends*
Wendy Arends
State Bar No.: 1090021
**HUSCH BLACKWELL LLP**
33 East Main Street, Suite 300
Madison, WI 53703
Tel.: (608) 258-7382
Fax: (608) 258-7138
wendy.arends@huschblackwell.com

Alicia L. Downey (*pro hac vice*)
**DOWNEY LAW LLC**
155 Federal Street, Suite 300
Boston, MA 02110
Tel.: (617) 444-9811
alicia@downeylawllc.com

*Counsel for Defendant Opal Foods LLC*

*s/ Robin P. Sumner*
Robin P. Sumner (*pro hac vice*)
Michael J. Hartman (*pro hac vice*)
Patrick DeSabato (*pro hac vice*)
Kaitlin Meola (*pro hac vice*)

Jay L. Levine (*pro hac vice*)
**PORTER, WRIGHT, MORRIS & ARTHUR LLP**
2020 K Street, N.W., Suite 600
Washington, DC 20006
Tel. 202-778-3021
jlevine@porterwright.com

Kendall W. Harrison
Jenna L. Riddle
**GODFREY & KAHN, S.C.**
One East Main Street, Suite 500
Madison, WI 53703
Phone: (608) 257-3911
kharrison@gklaw.com
jriddle@gklaw.com

*Counsel for Defendant Rose Acre Farms, Inc.*

*s/ Michael D. Bonanno*
Michael D. Bonanno (*pro hac vice*)
Catie Ventura (*pro hac vice*)
Ryan Andrews (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 13th Street NW, Suite 600
Washington, DC 20004
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
mikebonanno@quinnemanuel.com
catieventura@quinnemanuel.com
ryanandrews@quinnemanuel.com

*Attorneys for Hickman's Egg Ranch, Inc.*

*s/ Ausra O. Deluard*
Ausra O. Deluard
**AURIAN P.C.**
1 Sansome St. Suite 1400 (10055)
San Francisco, CA 94104
Tel. 415.891.0940
ausra@aurianlaw.com

Patrick F. Linehan
Matthew James Galvin

**TROUTMAN PEPPER LOCKE LLP**
3000 Two Logan Square, 18th & Arch Streets
Philadelphia, PA 19103
Tel.: 215-981-4000
robin.sumner@troutman.com
michael.hartman@troutman.com
patrick.desabato@troutman.com
kaitlin.meola@troutman.com

Kendall W. Harrison
Jenna L. Riddle
**GODFREY & KAHN, S.C.**
One East Main Street, Suite 500
Madison, WI 53703
Phone: (608) 257-3911
kharrison@gklaw.com
jriddle@gklaw.com

*Attorneys for Defendant Versova Holdings, LLC, Versova Management Cooperative, and Centrum Valley Holdings, LLC*

*s/ Gwendolyn J. Lindsay Cooley*
Gwendolyn J. Lindsay Cooley
WI State Bar No. 1053856
**Lindsay Cooley Law**
PO Box 105
Mount Horeb, WI 53572
(608) 909-6886
gwendolyn@lindsaycooley.com

*Counsel for Defendant Weaver Eggs*

*s/ Bradley A. Chapin*
Bradley A. Chapin (*pro hac vice*)
Lucas K. Hori (*pro hac vice*)
Joseph A. D'Antonio (*pro hac vice*)
**RUTAN & TUCKER, LLP**
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Tel: 714-641-5100
bchapin@rutan.com
jdantonio@rutan.com
lhori@rutan.com

Richard L. Bolton

Mario H. Nguyen
**STEPTOE LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (718) 290-3534
plinehan@steptoe.com
mgalvin@steptoe.com
mnnguyen@steptoe.com

Dean A. Strang
Wisconsin Bar No. 1009868
R. Rick Resch
Wisconsin Bar No. 1117722
**STRANG BRADLEY, LLC**
613 Williamson St., Suite 204
Madison, WI 53703
(608) 535-1550
Dean@StrangBradley.com
Rick@StrangBradley.com

*Attorneys for Defendants Hillandale Farms of Pa., Inc., Hillandale-Gettysburg, LLC, Hillandale Farms, Inc., Hillandale Farms East, Inc., Hillandale Farms Corporation, and Pearl Valley Farms, Inc.*

*s/ Kendall W. Harrison*

Kendall W. Harrison
Jenna L. Riddle
**GODFREY & KAHN, S.C.**
One East Main Street, Suite 500
Madison, WI 53703
Phone: (608) 257-3911
kharrison@gklaw.com
jriddle@gklaw.com

*Attorneys for Defendant Noah W. Kreider & Sons, LLC*

*s/ Monica A. Mark*

Laura A. Brenner
WI State Bar ID No. 1001857
lbrenner@reinhartlaw.com
Jessica Hutson Polakowski
WI State Bar ID No. 1061368
jpolakowski@reinhartlaw.com

Boardman & Clark LLP
1 S. Pinckney Street, Suite 410
Madison, WI 53701
608-257-9521
rbolton@boardmanclark.com

*Attorneys for Luberski, Inc. d/b/a Hidden Villa Ranch*

*s/ Kathy Osborn*

Kathy Osborn (*pro hac vice*)
Susanne A. Johnson (*pro hac vice*)
**FAEGRE DRINKER BIDDLE & REATH LLP**
300 N. Meridian Street, Ste. 2500
Indianapolis, IN 46204
(317) 237-0300
kathy.osborn@faegredrinker.com
susanne.johnson@faegredrinker.com

Michael D. Leffel (WI Bar No. 1032238)
Andrew C. Gresik (WI Bar No. 1104650)
**Foley & Lardner LLP**
150 E. Gilman St., Ste. 5000
Madison, WI 53703
(608) 257-5035
mleffel@foley.com
agresik@foley.com

*Attorneys For Defendant Midwest Poultry Services, L.P., d/b/a MPS Egg Farms*

*s/ Jennifer A.L. Battle*

Jennifer A.L. Battle (admitted *pro hac vice*)
Theodore M. Munsell (admitted *pro hac vice)*
Jill Rogers Spiker (admitted *pro hac vice*)
Joel E. Sechler (admitted *pro hac vice*)
**CARPENTER LIPPS LLP**
280 North High Street Suite 1300
Columbus, OH 43215
(614) 365-4100
Battle@carpenterlipps.com
Munsell@carpenterlipps.com
Spiker@carpenterlipps.com
Sechler@carpenterlipps.com

Monica A. Mark
WI State Bar ID No. 1082428
mmark@reinhartlaw.com
Sadie C. Hobbs
WI State Bar ID No. 1125885
shobbs@reinhartlaw.com
**Reinhart Boerner Van Deuren s.c.**
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: 414-298-1000
Facsimile: 414-298-8097

*Attorneys for Prairie Star Farms, LLC, Defendant*

s/ Troy J. Hutchinson
Troy J. Hutchinson (#0320420)
**ROCK HUTCHINSON, PLLP**
120 South 6th Street, Suite 2480
Minneapolis, MN 55402
P: 612-573-3688
Direct: 612-743-3164
thutchinson@rockhutchinson.com

*Counsel for Sparboe Farms, Inc.*

David M. Pelletier, SBN: 1072343
Zachariah J. Sibley, SBN: 1116323
**AXLEY LLP**
2 East Mifflin Street, Suite 200 (53703)
P.O. Box 1767
Madison, WI 53701-1767
(608) 257-5661 (office)
(608) 257-5444 (facsimile)
dpelletier@axley.com
zsibley@axley.com

*Attorneys for Defendant Cooper Farms, Inc.*